UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ROBERT SANDOVAL,<br><br>    Plaintiff,<br><br>v.<br><br>LIFECELL CORPORATION, *et al.*,<br><br>    Defendants. | Civil Action No.<br><br>21-17705 (BRM) (LDW)<br><br>**<u>ORDER</u>** |
| ERIC BRAUM,<br><br>    Plaintiff,<br><br>v.<br><br>LIFECELL CORPORATION, *et al.*,<br><br>    Defendants. | Civil Action No.<br><br>21-17717 (BRM) (LDW) |
| THOMAS GATES,<br><br>    Plaintiff,<br><br>v.<br><br>LIFECELL CORPORATION, *et al.*,<br><br>    Defendants. | Civil Action No.<br><br>21-17723 (BRM) (LDW) |

**THIS MATTER** is opened to the Court on the Report and Recommendation of the Honorable Leda D. Wettre, U.S.M.J., dated December 3, 2021 (ECF No. 19 in 2:21-cv-17705-BRM-LDW; ECF No. 19 in 2:21-cv-17723-BRM-LDW; ECF No. 19 in 2:21-cv-17717-BRM-LDW), wherein she recommends that the Motions to Remand (ECF No. 11 in 2:21-cv-17705-

BRM-LDW; ECF No. 11 in 2:21-cv-17723-BRM-LDW; ECF No. 11 in 2:21-cv-17717-BRM-LDW) be denied and that plaintiffs are not entitled to an award of attorneys' fees and costs pursuant to 28 U.S.C. § 1447(c).

The parties were given the opportunity to respond or object to Judge Wettre's Report and Recommendation by December 17, 2021, pursuant to Local Civil Rule 72.1(c)(2); to date, no party has responded or objected to the Report and Recommendation. Having reviewed the Report and Recommendation; and it appearing the Court should adopt the Report and Recommendation without modification;

**IT IS** on this 14th day of January 2022,

**ORDERED** that the Report and Recommendation (ECF No. 19 in 2:21-cv-17705-BRM-LDW; ECF No. 19 in 2:21-cv-17723-BRM-LDW; ECF No. 19 in 2:21-cv-17717-BRM-LDW) is hereby adopted in its entirety and entered; and it is further

**ORDERED** that the motions to remand (ECF No. 11 in 2:21-cv-17705-BRM-LDW; ECF No. 11 in 2:21-cv-17723-BRM-LDW; ECF No. 11 in 2:21-cv-17717-BRM-LDW) is **DENIED**.

*/s/ Brian R. Martinotti*
**HON. BRIAN R. MARTINOTTI**
**UNITED STATES DISTRICT JUDGE**